# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI L. SKIKO,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Case No.: 1:11-at-00209<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 4, 6) |

　　　Plaintiff Terri L. Skiko filed a complaint on April 13, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 4.) Plaintiff filed an amended application to proceed *in forma pauperis* on April 20, 2011. (Doc. 6.) Plaintiff's amended application demonstrates that Plaintiff is entitled to proceed without prepayment of fees and is, therefore, GRANTED.

IT IS SO ORDERED.

**Dated:　April 21, 2011**　　　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE