# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI L. SKIKO, | Case No.: 1:11-cv-00638 JLT |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (Doc. 16) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Parties have stipulated by counsel to extend the briefing schedule set forth in the Court's Scheduling Order.  (Doc. 16).  The Scheduling Order allows a single thirty-day extension by the stipulation of parties, beyond which the parties must demonstrate good cause for further extension. (Doc. 9-1 at 4).  Based upon the facts presented in the parties' stipulation, the Court finds good cause for extending the briefing schedule.  Accordingly, **IT IS HEREBY ORDERED**:

      1.    Plaintiff shall file an opening brief on or before **February 2, 2012**;

      2.    Defendant's opposition shall be filed no later than **March 3, 2012**; and

      3.    Plaintiff's brief in reply shall be filed no later than **March 17, 2012**.

IT IS SO ORDERED.

Dated:   **December 16, 2011**                              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE