IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI L. SKIKO,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant | Case No.: 1:11-cv-00638 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 16) |

Parties have stipulated by counsel to extend the briefing schedule set forth in the Court's Scheduling Order. (Doc. 16). The Scheduling Order allows a single thirty-day extension by the stipulation of parties, beyond which the parties must demonstrate good cause for further extension. (Doc. 9-1 at 4). Based upon the facts presented in the parties' stipulation, the Court finds good cause for extending the briefing schedule. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff shall file an opening brief on or before **February 2, 2012**;
2. Defendant's opposition shall be filed no later than **March 3, 2012**; and
3. Plaintiff's brief in reply shall be filed no later than **March 17, 2012**.

IT IS SO ORDERED.

Dated:  **December 16, 2011**                                    /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE