1

2

3

4

5

6

7

8                   **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TERRY L. SKIKO,                        )  Case No.: 1:11-cv-00638 JLT
                                            )
12                   Plaintiff,             )  ORDER TO PLAINTIFF TO SHOW CAUSE
                                            )  WHY THE ACTION SHOULD NOT BE
13        v.                                )  DISMISSED, OR IN THE ALTERNATIVE, TO
                                            )  FILE AN OPENING BRIEF
14                                          )
     MICHAEL J. ASTRUE,                     )
15   Commissioner of Social Security,       )
                                            )
16                   Defendant              )
     _____)
17

18        On December 16, 2011, the Court granted the parties' stipulation to extend time for Plaintiff

19   to file an opening brief.  (Doc. 17).  Plaintiff was ordered to file an opening brief on or before

20   February 2, 2012.  (*Id*. at 1).  However, to date, Plaintiff has not filed an opening brief, and no

21   further extensions have been sought by the parties in the matter.

22        The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a

23   party to comply with . . . any order of the Court may be grounds for the imposition by the Court of

24   any and all sanctions . . . within the inherent power of the Court."  LR 110.  "District courts have

25   inherent power to control their dockets," and in exercising that power, a court may impose sanctions

26   including dismissal of an action.  *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831

27   (9th Cir. 1986).  A court may dismiss an action with prejudice, based on a party's failure to prosecute

28   an action or failure to obey a court order, or failure to comply with local rules.  *See, e.g.*, *Malone v.*

1

*U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan,* 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause within 21 days of the date of service of this Order why the action should not be dismissed for failure prosecute or obey the Court's Order, or in the alternative, to file an opening brief.


IT IS SO ORDERED.

Dated:   **February 9, 2012**                                           _____**/s/ Jennifer L. Thurston**_____
                                                                                    UNITED STATES MAGISTRATE JUDGE

2