IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY L. SKIKO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant | Case No.: 1:11-cv-00638 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 22) |

Parties have stipulated by counsel to extend the briefing schedule set forth in the Court's Scheduling Order. (Doc. 22). The Scheduling Order allows a single thirty-day extension by the stipulation of parties, beyond which the parties must demonstrate good cause for further extension. (Doc. 9-1 at 4). Good cause appearing therefor, **IT IS HEREBY ORDERED**:

　　1.　Defendant's opposition shall be filed no later than **May 2, 2012**; and

　　2.　Plaintiff's brief in reply shall be filed no later than **May 16, 2012**.

IT IS SO ORDERED.

Dated:　**April 2, 2012**　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE